**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                            Case No. 3:05CR17/RV

**KAREN LYNN LOWERY**
_____/

## ORDER REDUCING SENTENCE

Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure. (Doc. 134) The Government has certified defendant Lowery's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED. Accordingly, defendant Lowery's sentence and judgment entered herein on June 16, 2005, is hereby amended and her sentence of imprisonment is reduced from a term of thirty-four (34) months to a term of twenty-seven months (27) months. In all other respects, the defendant's judgment of June 16, 2005 (doc. 82), remains in full force and effect.

DONE AND ORDERED this 17th day of August, 2006.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON
Senior U.S. District Judge**